UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RICHARD SEPULVEDA,<br><br>    Plaintiff,<br><br>v.<br><br>RUE-ELL ENTERPRISES, INC.,<br><br>    Defendant. | Case No. 21-cv-07522-JST<br><br>**ORDER TO SHOW CAUSE** |

Plaintiff Richard Sepulveda filed this case on September 27, 2021.  ECF No. 1.  He served Defendant Rue-Ell Enterprises, Inc. on October 14, 2021.  ECF No. 7 at 5.  Pursuant to the scheduling order and General Order No. 56, the parties were required to file a notice of settlement or a notice of need for mediation and certification of counsel by 102 days after the date of service.  ECF No. 5 at 1-2; General Order No. 56 ¶ 9.  That deadline passed on January 26, 2022.  To date, neither document has been filed.

The parties are ordered to show cause in writing by February 22, 2022, as to why sanctions should not be imposed for failure to comply with the Court's orders.  This matter is set for a show cause hearing on March 1, 2022, at 9:30 a.m.

**IT IS SO ORDERED.**

Dated:  February 4, 2022

_____
JON S. TIGAR
United States District Judge